**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: S.J.H.-J., A MINOR | : No. 103 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: C.H., MATERNAL AUNT | : Order of the Superior Court |
| | |
| IN THE INTEREST OF: A.O.H.-J., A MINOR | : No. 104 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: C.H., MATERNAL AUNT | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.